1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

4 | CHRISTINE S. WATSON (CSBN 218006)
Special Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6838

7 | Facsimile: (415) 436-7234

8 | Attorneys for Plaintiff

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,    )  No. CR 05-00290 JSW
                                 )
14 |     Plaintiff,               )  [PROPOSED] ORDER AND STIPULATION
                                 )  EXCLUDING TIME FROM MAY 26, 2005
15 | v.                           )  TO JUNE 9, 2005 FROM THE SPEEDY
                                 )  TRIAL ACT CALCULATION
16 | I FAN LOU,                   )  (18 U.S.C. § 3161(h)(8)(A))
                                 )
17 |     Defendant.               )
                                 )

18

The parties appeared before the Court on May 26, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a change of plea/trial setting hearing date of June 9, 2005, at 2:30 p.m., before the Honorable Jeffrey S. White, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from May 26, 2005 to June 9, 2005. The parties agreed, and the Court found and held, as follows:

1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant and the government continuity of counsel.

STIPULATION AND ORDER
CR 05-00290 JSW

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 26, 2005 to June 9, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 26, 2005 to June 9, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a change of plea/trial setting hearing date of June 9, 2005, at 2:30 p.m., before the Honorable Jeffrey S. White.

IT IS SO STIPULATED.

DATED: _____ _____/S/_____
CHRISTINE S. WATSON
Special Assistant United States Attorney

DATED: _____ _____/S/_____
Attorney for I Fan Lou

IT IS SO ORDERED.

DATED: June 8, 2005                 /s/ Jeffrey S. White
HON. JEFFREY S. WHITE
United States District Judge

STIPULATION AND ORDER
CR 05-00290 JSW                                 2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MAY 26, 2005 TO JUNE 9, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))**

to be served this date on the party(ies) in this action,

    **Via E-Filing**

**ELIZABETH FALK**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 8, 2005

                                                /S/
                                      Ponly J. Tu
                                      Legal Assistant (Immigration)
                                      U.S. Attorney's Office