IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>I. FAN LOU,<br><br>　　　　Defendant.<br>_____/ | No. CR 05-00290 JSW<br><br>**ORDER SETTING STATUS CONFERENCE** |

The Court has received and reviewed the parties stipulation and proposed order to continue the trial date in this matter. The proposed date of August 22, 2005, however, is not a convenient date for the Court and, therefore, the Court is not inclined to continue the trial date at this time.

However, in light of the parties' representations that there are ongoing settlement discussions, the Court shall vacate the current pretrial date of July 11, 2005 and set this matter down for status on July 14, 2005, to discuss further scheduling. The parties are hereby advised that although the Court is vacating the pretrial date, if at the time of the status conference it does not appear that the matter will be disposed of short of trial, they should be prepared to submit their pretrial filings shortly after thereafter.

**IT IS SO ORDERED.**

Dated: July 1, 2005

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE