IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

I. FAN LOU,

    Defendant.
_____/

No. CR 05-00290 JSW

**ORDER DENYING REQUEST TO CONTINUE STATUS CONFERENCE**

The Court has received and reviewed the parties stipulation and proposed order to continue the status conference in this matter and DENIES that request.

Defense counsel shall have a representative from her office appear at the status conference. Stand-in counsel shall be provided with defense counsel's available dates for trial, and the Court shall set a trial date on August 4, 2005.

**IT IS SO ORDERED.**

Dated: August 2, 2005

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE