KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CHRISTINE S. WATSON (CSBN 218006)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6838
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> I FAN LOU, ) <br> ) <br> Defendant. ) <br> _____) | No. CR 05-00290 JSW <br><br> [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 14, 2005 TO AUGUST 4, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION <br> (18 U.S.C. § 3161(h)(8)(A)) |

The parties appeared before the Court on July 14, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a change of plea hearing on August 4, 2005 at 2:30 p.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from July 14, 2005 to August ~~X~~, 2005. The parties agreed, and the Court found and held, as follows:   4 @ EMF

1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.

//

STIPULATION AND ORDER
CR 05-00290 JSW

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 14, 2005 to August 4, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 14, 2005 to August 4, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a change of plea hearing date of August 4, 2005 at 2:30 p.m. before the Honorable Jeffrey S. White.

IT IS SO STIPULATED.

DATED: 7/5/05

CHRISTINE S. WATSON
Special Assistant United States Attorney

DATED: 7/30/05

ELIZABETH FALK
Attorney for I Fan Lou

IT IS SO ORDERED.

DATED: August 12, 2005

HON. JEFFREY S. WHITE
United States District Judge

STIPULATION AND ORDER
CR 05-00290 JSW                               2