IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> I FAN LOU, ) <br> ) <br> Defendant. ) <br> _____) | No. CR-05-290 JSW <br><br> [PROPOSED] ORDER GRANTING LEAVE TO FILE OPENING BRIEF ON DEFENDANT'S MOTION TO SUPPRESS STATEMENTS ON AUGUST 12, 2005 AND ALTERING BRIEFING SCHEDULE ON MOTION TO SUPPRESS |

Now before the Court is Defendant's Motion for Leave to File Motion to Suppress on August 12, 2005, as well as Defendant's Motion to Alter Briefing Schedule. Based upon the facts set forth in the accompanying declaration, government counsel's stipulation, and for good cause shown, it is hereby ORDERED that LEAVE IS GRANTED to file the opening brief of Defendant's Motion to Suppress Statements on August 12, 2005. The briefing schedule shall be altered on said motion as follows:

Government's Response Due:     August 26, 2005

Defendant's Reply Due:     September 2, 2005

All other dates in the aforementioned case, including the Motion Hearing Date of September 22, 2005, shall remain as previously schedule.

**IT IS SO ORDERED.**

Dated: August 12, 2005

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States v. Lou, 05-290 JSW;
Order Re: Alter Brief. Sched. Mot. Supp.         1

United States v. Lou, 05-290 JSW;
Order Re: Alter Brief. Sched. Mot. Supp. 2