```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WBN 0722)
 3  Chief, Criminal Division

 4  GREGG LOWDER (CSBN 107864)
    Assistant United States Attorney
 5
         450 Golden Gate Avenue, 11th Floor
 6       San Francisco, California 94102
         Telephone: (415) 436-7044
 7       Fax: (415) 436-7234

 8  Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-290 JSW |
| Plaintiff, ) | **[PROPOSED] STIPULATED ORDER FOR ENLARGEMENT OF TIME TO FILE UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS STATEMENTS** |
| v. ) | |
| I FAN LOU, ) | |
| Defendant. ) | |

On August 12, 2005, this Court granted the defendant's motion for leave to file Defendant's Motion to Suppress Statements a day late, which altered the government's briefing schedule by one day. The government stipulated to the defendant's motion. As a result, the due date for the government's response was rescheduled to August 26, 2005.

Since the defendant filed his motion, the undersigned Assistant United States Attorney has assumed substantial additional responsibility in an unrelated gang case as a result of the lead counsel, Assistant United States Attorney George Bevan, becoming unavailable due to emergency health reasons.[1] In turn, this case is in the process of being reassigned for

---

[1] The case is <u>United States v. Matthews</u>, Cr. No. 01-00149 MJJ, which has been designated as a complex case and is set for trial on November 14, 2005. The matter involves the litigation of numerous pretrial motions which are scheduled for litigation as early as September 1, 2005.

U.S. v. Lou, 05-290 JSW
GOVERNMENT'S MOTION FOR
ENLARGEMENT OF TIME

prosecution.

For these reasons, the United States needs additional time to properly respond to the defendant's motion. The government respectfully requests that the Court grant the government an extension of time to respond to the Defendant's Motion to Suppress Statements until September 2, 2005 and further extend the time for the defendant's reply to September 9, 2005.

The government is not seeking a modification of the motions hearing date on September 22, 2005.

The defense counsel stipulates to the government's request for an enlargement of time.

**SO STIPULATED:**

Dated: August 23, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
GREGG LOWDER
Assistant United States Attorney

Dated: August 23, 2005

_____/s/_____
ELIZABETH FALK
Assistant Federal Public Defender

**IT IS SO ORDERED.** There shall be no further extensions of time, nor shall the hearing date be continued.

Dated: August 24, 2005

JEFFREY S. WHITE
United States District Judge

U.S. v. Lou, 05-290 JSW
GOVERNMENT'S MOTION FOR
ENLARGEMENT OF TIME          2